# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC USTIAN, | Case No. 2:22-cv-08845-SPG-MAA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DANIEL USTIAN, | |
| Defendant. | |

1  Pursuant to the Order Granting Defendant Daniel Ustian's ("Defendant") Motion for
2  Summary Judgment, filed concurrently herewith, IT IS HEREBY ORDERED,
3  ADJUDGED, AND DECREED that judgment is entered in favor of Defendant on all
4  claims set out in Plaintiff Eric Ustian's Third Amended Complaint.

**IT IS SO ORDERED.**

DATED: January 6, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE